UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 5:13-cr-94-JMH |
| | ) | |
| | ) | Civil No. 5:17-cv-90-JMH |
| v. | ) | |
| | ) | |
| ERIK A. HENTZEN, | ) | **ORDER** |
| Defendant-Petitioner. | ) | |

\*\*\*

This case is before the Court on Eric Hentzen's Motion to Vacate pursuant to 28 U.S.C. § 2255 [DE 68]. Magistrate Judge Atkins has submitted a lengthy and thorough Report and Recommendation [DE 94]. Having conducted a de novo review of the record, the Court finds that Magistrate Judge Atkins' Report and Recommendation is quite appropriate and adopts it in its entirety. Hentzen's Objections [DE 96] to the Magistrate's Report and Recommendation are nothing more than a restatement of his arguments on direct appeal, all of which were rejected. The Court further agrees with Magistrate Judge Atkins that because Hentzen's motion to vacate lacks merit and should be denied, there is no need for discovery, and the Motion for Discovery [DE 85] is rendered moot. Furthermore, because the claims presented were totally without merit, no certificate of appealability will issue.

Accordingly, for the reasons stated herein and the Court being sufficiently advised, **IT IS ORDERED**:

(1) that Defendant-Petitioner's Motion for Discovery [DE 85] be, and the same hereby is, **DENIED**;

(2) that the Magistrate Judge's Recommended Disposition [DE 94] is **ACCEPTED AND ADOPTED**; and

(3) that Defendant-Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 be, and the same hereby is, **DENIED**.

This is the 1st day of October, 2018.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge